**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE**

DUSTIN PIERPONT,            )
                            )
Petitioner,                 )
                            )
vs.                         )   CAUSE NO. 4:15-CV-036
                            )
SUPERINTENDENT,             )
                            )
Respondent.                 )

**OPINION AND ORDER**

This matter is before the Court on the Petition under 28 U.S.C. Paragraph 2254 for Writ of Habeas Corpus filed by Dustin Pierpont on April 22, 2015. Pierpont is challenging the prison disciplinary hearing that was held at the Miami Correctional Facility on January 14, 2015, under case number MCF 15-01-045 where the Disciplinary Hearing Body (DHB) found him guilty of Possession or Use of a Controlled Substance in violation of B-202 and demoted him to Credit Class 2.

Pierpont argues that despite his positive drug test results (which he does not contest), the finding of guilt should be overturned because of two violations of the Offender Urinalysis Program Manual of Policies and Procedures. However, the violation of a prison rule is not a basis for habeas corpus relief. *Estelle v. McGuire*, 502 U.S. 62, 68 (1991) ("In conducting habeas review, a federal court is limited to deciding whether a conviction violated the Constitution, laws, or treaties of the United

States."). Therefore, even if the policies in the manual were not followed, that would not be a basis for overturning the finding that Pierpont is guilty.

For the reasons set forth above, the habeas corpus petition is **DENIED** pursuant to Habeas Corpus Rule 4.


**DATED: April 27, 2015**          /s/RUDY LOZANO, Judge
                                   **United State District Court**